United States District Court
Southern District of Texas
**ENTERED**
February 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, § | | |
|     Petitioner/Plaintiff § | | Civil Action No. 1:19-cv-213 |
| v. § | | |
| § | | |
| WILLIAM PELHAM BARR, *et al.*, § | | |
|     Respondents/Defendants § | | |

## ORDER

On February 14, 2020, the Parties filed their Joint Motion to Abate All Deadlines for Thirty (30) Days. [Doc. _18_.]

The motion is granted. All court settings and deadlines are abated for thirty (30) days. Defendants' February 17, 2020 responsive pleading deadline is hereby reset to March 17, 2020.

DONE this _18th_ day of _February_, 2020.

Fernando Rodriguez, Jr.
**United States District Judge**