# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
|     Petitioner/Plaintiff | § | Civil Action No. 1:19-cv-213 |
| v. | § | |
| | § | |
| WILLIAM PELHAM BARR, *et al.*, | § | |
|     Respondents/Defendants | § | |

## ORDER

On March _11_, 2020, the Parties filed their Stipulation of Dismissal Without Prejudice (Doc. _20_), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The dismissal is without prejudice, with each party to bear their own court costs and fees.

The Clerk's Office is ordered to terminate this case.

SIGNED this _12th_ day of _March_ 2020.

Fernando Rodriguez, Jr.
United States District Judge